**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGO AMAVIZCA,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>GNC HOLDINGS, INC.,<br><br>　　　　　Defendant(s). | CASE NO. 2:20-cv-03545-RGK-MAA<br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

　　　In light of the Notice of Filing Bankruptcy [26], filed on June 25, 2020, regarding the Chapter 11 Bankruptcy filed by plaintiff, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: June 26, 2020

_____
**R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE**